**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 524 MAL 2021
                                      :
            Respondent             :
                                        :   Petition for Allowance of Appeal
                                        :   from the Order of the Superior Court
            v.                         :
                                        :
                                        :
GRAHAM NICHOLAS NORBY-VARDAC,    :
                                        :
            Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 5th day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.

     Justice Brobson did not participate in the consideration or decision of this matter.